IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENARD L. NELSON,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL CASE NO.<br>1:92-cr-125-02-JEC<br><br><br>CIVIL ACTION FILE NO.<br>1:12-cv-452-JEC |

### **ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [199] recommending dismissing movant's Motion to Vacate Sentence [192] as a successive §2255 motion over which the Court lacks jurisdiction. Defendant filed Objections [200] to the report and recommendation of March 12, 2012. The Court has reviewed the Final Report and Recommendation [199] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [199] **DISMISSING** movant's Motion to Vacate Sentence [192] as a successive §2255 motion over which the Court lacks jurisdiction. It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED this 19th day of MARCH, 2012.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)